```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ALEXANDER EMMANUEL RODRIGUEZ,                                :
                              Plaintiff,                     :
                                                             :
             -against-                                       :   13 Civ. 07097 (LGS)
                                                             :
MAJOR LEAGUE BASEBALL, *et al.*,                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
                                                             :
ALEXANDER EMMANUEL RODRIGUEZ,                                :
                              Plaintiff,                     :
                                                             :   14 Civ. 00244 (ER)
             -against-                                       :
                                                             :       ORDER
MAJOR LEAGUE BASEBALL, *et al.*,                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD & EDGARDO RAMOS, District Judges:

WHEREAS, the Court has reviewed the Statements of Relatedness that the parties filed on January 15, 2014, pursuant to the Court's January 14, 2014, Order.

It is hereby **ORDERED** that the parties shall proceed in the two cases separately before the currently assigned judges at least until the resolution of the cross-motions in case No. 13 Civ. 7097 (LGS) ("*Rodriguez I*").  To the extent that any part of *Rodriguez I* remains thereafter, the Court may address any issues of consolidation under Fed. R. Civ. P. 42 or relatedness under Local Rule for Division of Business 13 at that time.

Dated: January 17, 2014
       New York, New York

_____          _____
LORNA G. SCHOFIELD                        Hon. Edgardo Ramos, U.S.D.J.
UNITED STATES DISTRICT JUDGE