UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER EMMANUEL RODRIGUEZ,

Plaintiff

v.

MAJOR LEAGUE BASEBALL, OFFICE OF THE COMMISSIONER OF BASEBALL and MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,

Defendants.

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Index No.: 14-cv-0244 (ER)

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Alexander Emmanuel Rodriguez, through his counsel, hereby gives notice that the above-captioned action is dismissed against defendants Major League Baseball, Office of the Commissioner of Baseball and Major League Baseball Players Association.

Dated: New York, New York
       February 7, 2014

REED SMITH LLP

By: _____
James C. McCarroll, Esq.
Jordan W. Siev, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 521-5400
Fax:  (212) 521-5450

-and-

TACOPINA SEIGEL & TURANO, P.C.
By: Joseph Tacopina, Esq.
275 Madison Avenue
New York, New York 10016
Tel:  (212) 227-8877